## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 04-RB-1064 (CBS)

WCM INDUSTRIES, INC.,

    Plaintiff,

v.

PRIER PRODUCTS, INC.,

    Defendants.

## ORDER FOR ENTRY OF JUDGMENT

**Blackburn, J.**

This matter is before me on 1) the parties' Joint Motion Requesting Final Judgment [#86], filed June 3, 2005; and 2) the parties' filing which reflects the terms of the settlement they have reached in this case, captioned Settlement, [# 87], filed June 6, 2005. The parties ask that I enter judgment in this case consistent with my order [#55], filed January 11, 2005, granting summary judgment in favor of the defendant on certain of the plaintiff's claims. In addition, the parties ask that I enter judgment on one of the plaintiff's patent infringement claims that was not resolved in my January 11, 2005, order. I find that the parties' settlement agreement should be approved, and that entry of judgment on the terms proposed by the parties is appropriate. The parties have not outlined any agreement concerning the payment

of costs incurred in this action. Under FED. R. CIV. P. 54(d), I conclude that the parties each should bear their own costs.

**THEREFORE, IT IS ORDERED** as follows:

1) That the parties' Joint Motion Requesting Final Judgment [#86], filed June 3, 2005, is **GRANTED**;

2) That the parties' settlement agreement is **APPROVED**;

3) That the terms and provisions of the settlement agreement are ordered **IMPLEMENTED** effective forthwith, with each party to perform all relevant terms of the agreement;

4) That **JUDGMENT SHALL ENTER** in favor of the defendant and against the plaintiff on plaintiff WCM Industries, Inc.'s, claim that Version One of Prier's backflow preventor check valve, the version with a squared off end, infringes U.S. Patent No. 6,632,303, as stated in WCM's Second Cause of Action for Patent Infringement;

5) That **JUDGMENT SHALL ENTER** in favor of the defendant and against the plaintiff on plaintiff WCM Industries, Inc.'s, claim that Version Two of Prier's backflow preventor check valve, the version with a radiused end, infringes U.S. Patent No. 6,632,303, as stated in WCM's Second Cause of Action for Patent Infringement;

6) That **JUDGMENT SHALL ENTER** in favor of the defendant and against the plaintiff on plaintiff WCM Industries, Inc.'s, claim that the Prier Model 108/208 devices manufactured as Version Two devices, which have a check valve only in the cold water inlet pipe, infringe U.S. Patent No. 6,206,039, as stated in WCM's First Cause of Action for Patent Infringement;

7) That, based on the parties' stipulation and agreement, **JUDGMENT SHALL ENTER** in favor of the plaintiff and against the defendant on plaintiff WCM Industries, Inc.'s, claim that Prier Products' Version I of its hot/cold freezeless wall hydrant C108/208 infringes U.S. Patent No. 6,206,039, as stated in WCM's First Cause of Action for Patent Infringement;

8) That the court's judgment **SHALL STATE** that defendant Prier Products' liability for the judgment of patent infringement stated in paragraph 7) (seven), above, has been **FULLY SATISFIED** by Prier Products' payment of 2,500.00 dollars to WCM Industries, Inc.; and

9) That each party shall bear its own costs incurred in this action.

Dated July 28, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

3